UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 5 15
```

-------------------------------------------------------------x

This Document Relates To:                    :

SUSAN CUOMO, Individually and as             : Civil Action No. 1:13-civ-00273-SAS
Administratrix for the Estate of JOSEPH CUOMO, :

                    Plaintiff(s),            : Index No.: 190549-12
                                             : (Supreme Court of New York County)
          -against-                          :

AIR & LIQUID SYSTEMS CORP, et al.            : **STIPULATION TO DISMISS**
                                             : **DEFENDANT CRANE CO.**
                    Defendants.              :

-------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for the Plaintiff and Defendant, CRANE CO., in the above-entitled action,

that whereas no party to this Stipulation is an infant, or incompetent person, it is hereby agreed

that all of Plaintiff's claims against CRANE CO. in the above action, shall be, and are hereby dismissed

with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its

own fees and costs

Dated: 12|23|2014

Adam Dreksler, Esq.                          Tara Pehush, Esq.
WEITZ & LUXENBERG, P.C.                      K&L GATES LLP
Attorneys for Plaintiff(s)                   Attorneys for Defendant
700 Broadway                                 CRANE CO.
New York, NY 10003                           599 Lexington Avenue
(212) 558-5500                               New York, NY 10022-6030
                                             (212) 536-3900

So Ordered

USDJ
1/5/15