UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
This Document Relates To:

SUSAN CUOMO, Individually and as
Administratrix for the Estate of JOSEPH CUOMO,

    Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORP, et al.

    Defendants.
------------------------------------------------------------x

: Civil Action No. 1:13-civ-00273-SAS

: Index No.: 190549-12
: (Supreme Court of New York County)

: **STIPULATION TO DISMISS**
: **DEFENDANT CRANE CO.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/15

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the Plaintiff and Defendant, CRANE CO., in the above-entitled action, that whereas no party to this Stipulation is an infant, or incompetent person, it is hereby agreed that all of Plaintiff's claims against CRANE CO. in the above action, shall be, and are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs

Dated: 12/23/2014

_____
Adam Dreksler, Esq.
WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiff(s)
700 Broadway
New York, NY 10003
(212) 558-5500

_____
Tara Pehush, Esq.
K&L GATES LLP
Attorneys for Defendant
CRANE CO.
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900

So Ordered.
[signature]
USDJ
1/5/15